# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **12 M 563**
2) Defendant's Name: Walker, Nathaniel
   (Last)            (First)            (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓  __Yes __No   Date/Time: 6/12/12
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ___
11) Temporary Order of Detention Entered: ✓  Bail Hearing set for: 6/14/12 2PM
12) (a) Preliminary Hearing set for: _____ ; or waived: _____
    (b) Removal Hearing set for: _____ ; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: Hilary Jager
14) DEFENSE COUNSEL'S NAME: Michael Padden
    Address: _____
    Bar Code: _____ CJA: __ FDNY: ✓ RET: __
    Telephone Number: ( )
15) LOG #: ___ ( 3:22 - 3:24 )   MAG. JUDGE: James Orenstein
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS ___ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE